# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SMITTY'S SUPPLY, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-13396 C/W 17-1791** |
| **LINDSAY MORGAN HEGNA** | **SECTION: "S" (3)** |

## ORDER AND REASONS

Before the court is plaintiff's **Motion to Exclude Expert Testimony**. Rec. Doc. 198.

Counsel for plaintiff has informed the court that she does not oppose the motion. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's **Motion to Exclude Expert Testimony**, Rec. Doc. 198, is **GRANTED** as unopposed.

New Orleans, Louisiana, this __2nd__ day of January, 2019.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**