UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SMITTY'S SUPPLY, INC. | CIVIL ACTION |
| VERSUS | NO. 16-13396 c/w 17-7191 |
| LINDSAY MORGAN HEGNA | SECTION "S" (3) |

**AND**

| | |
|---|---|
| STEPHEN D. KELLEY | CIVIL ACTION |
| VERSUS | NO. 17-4711 |
| SMITTY'S SUPPLY, INC. | SECTION "S" (3) |

MOTION *IN LIMINE* OF LINDSAY MORGAN HEGNA AND
STEPHEN D. KELLEY TO EXCLUDE EXPERT TESTIMONY OF
TIMOTHY BRECHTEL AND KELLEY SIMONEAUX

NOW INTO COURT, through undersigned counsel, come, Lindsay Morgan Hegna, defendant/counterclaimant in the case of *Smitty's Supply, Inc., v. Lindsay Morgan Hegna*, No. 16-13396 S-3, and plaintiff in the case of *Lindsay Morgan Hegna v. Smitty's Supply, Inc.*, No. 17-7191 S-3, and Stephen D. Kelley, plaintiff in the case of *Stephen D. Kelley v. Smitty's Supply, Inc.*, No. 17-4711 S-3 (collectively "Hegna and Kelley"), and respectfully request that this Court exclude the purported expert testimony of Timothy Brechtel and Kelley Simoneaux.[1] In support of this motion, movers state as follows:

1.

This is a case in which movers allege that Smitty's Supply, Inc. ("Smitty's"), refused to pay them amounts owed in connection with their former employment with the company.

---

[1] By Order dated June 8, 2018 (Doc. 34), this Court consolidated the claims of Hegna and Kelley that are addressed by Smitty's purported experts.

1

2.

In part, movers are seeking payment for the "synthetic equity" interest in the overall value of Smitty's that was promised by Smitty's owner and sole shareholder, Edgar Ray Smith, III ("Smith"). This synthetic equity interest was to be funded, at least in part, through Smitty's Phantom Stock Plan and Smitty's Stock Appreciation Rights Plan (collectively, the "Plans" or "stock plans"). Smitty's contends the Plans were never adopted or implemented.

3.

On December 10, 2018, Smitty's provided Hegna and Kelley with the written reports of two purported experts listed by Smitty's as witnesses in the consolidated cases. (Exhs. 1 and 2)

4.

Smitty's experts, Timothy Brechtel and Kelly Simoneaux, are both attorneys who are partners at Jones Walker LLP in New Orleans. Both experts purport to give legal opinions concerning the provisions of the Plans, including how much Hegna and Kelley can claim under the Plans, and legal issues arising under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*

5.

As further explained in the supporting memorandum filed herewith, the expert reports of both Brechtel and Simoneaux offer nothing more than impermissible legal opinions relating to the Plans, and, thus, their testimony should be excluded. *See, e.g., Snap-Drape, Inc., v. C.I.R.*, 98 F.3d 194, 198 (5th Cir. 1996) (the Federal Rules of Evidence do "not allow an expert to render conclusions of law"); *Goodman v. Harris County*, 571 F.3d 388, 399 (5th Cir. 2009) ("an expert may never render conclusions of law"); *Amica Mut. Ins. Co. v. Moak*, 55 F.3d 1093, 1096

at fn. 5 (5th Cir. 1995) ("The interpretation of a contract is a question of law for the court. Any reliance on this 'expert' opinion by the court below was misplaced.").

WHEREFORE, Lindsay Morgan Hegna and Stephen D. Kelley, pray that this motion be granted and that an order be issued excluding the expert testimony of Timothy Brechtel and Kelley Simoneaux.

Respectfully submitted,

PHELPS DUNBAR LLP

By: _____
Thomas H. Kiggans, Bar Roll No. 14422, T.A.
Karleen J. Green, Bar Roll No. 25119
Taylor J. Crousillac, Bar Roll No. 37087
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802-5618
Post Office Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: 225-346-0285
Telecopier: 225-381-9197
Email: Thomas.Kiggans@phelps.com
       Karleen.Green@phelps.com
       Taylor.Crousillac@phelps.com

**ATTORNEYS FOR PLAINTIFF,
STEPHEN D. KELLEY**

-AND-

Maureen Blackburn Jennings, T.A.
Louisiana Bar No. 3100
1135 Heights Boulevard
Houston, Texas 77008
Tel:  (713) 209-2930
Fax: (713) 802-9114
maureen@maureenjenningslaw.com

-and-

Shannon A. Lang (*pro hac vice*)
SHANNON A. LANG, PLLC
4301 Yoakum Boulevard
Houston, Texas 77006

3

PD.25076730.1

(832) 479-9400 tel.
(832) 479-9421 fax
shannon.lang@shannonlanglaw.com

**ATTORNEYS FOR LINDSAY MORGAN HEGNA**

**CERTIFICATE OF SERVICE**

I do hereby certify that on December 18, 2018, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system, which will transmit a copy to all counsel of record.

_____
COUNSEL FOR STEPHEN D. KELLEY